199-82933-2014

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 199th JUDICIAL DISTRICT |
| | § | |
| BARRY LYNN MCCURTAIN | § | COLLIN COUNTY, TEXAS |

FILED IN
COURT OF APPEALS
DALLAS, TEXAS
8/10/2015 2:38:44 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes BARRY LYNN MCCURTAIN, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against BARRY LYNN MCCURTAIN.

Respectfully submitted,

Law Offices of Biederman & Burleson PLLC
2591 Dallas Parkway, #207
Frisco, TX 75034
(469) 252-4018 - Tel
(800) 933-0891 - Fax

By: _____
Daniel Moran
State Bar No. 24075738
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on July 23, 2015, a true and correct copy of the above and foregoing document was served on the Collin County District Attorney's Office via hand delivery.

_____
Daniel Moran

FILED

15 JUL 23 AM 8: 45

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____DEPUTY